**Order entered February 15, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01160-CV

## WORLD FOOD IMPORTS, INC., ET AL., Appellants

## V.

## HHO UNITED GROUP, INC., ET AL., Appellees

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-15-05428

## ORDER

Before the Court is appellants' February 14, 2023 opposed second motion for an extension of time to file their opening brief. We **GRANT** the motion and extend the time to **March 29, 2023**. We caution appellants that further extension requests will be disfavored.

/s/    BILL PEDERSEN, III
JUSTICE